IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.S., | No. 4:22-CV-01407 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WOODWARD PENNSYLVANIA, LLC, f/k/a POWDR – WOODWARD PA, LLC, et al., | |
| Defendants. | |

## ORDER

**MARCH 16, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 10, 11) are **GRANTED**.

2. All Counts contained in Plaintiff S.S.'s Complaint are **DISMISSED WITHOUT PREJUDICE**.

3. If S.S. wishes to plead over on any claim, she must file an amended pleading by **March 30, 2023**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge